**Dismiss; and Opinion Filed September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00782-CV

### FRISCO SQUARE DEVELOPERS, L.L.C., Appellant
### V.
### GEARBOX SOFTWARE, L.L.C., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02307-2015**

# MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Lang

On September 14, 2015, appellant and appellee filed a joint motion to dismiss appeal.

The parties have reached an agreement to compromise and settle their claims and differences.

We grant the joint motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(2).

/Douglas S. Lang/

150782F.P05

DOUGLAS S. LANG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FRISCO SQUARE DEVELOPERS, L.L.C., Appellant

No. 05-15-00782-CV     V.

GEARBOX SOFTWARE, L.L.C., Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-02307-2015.
Opinion delivered by Justice Lang. Justices Evans and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Based on the parties' agreement, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 21st day of September, 2015.